In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY against FOXVALE REALTY CORPORATION, INC., Last Record Owner of Premises 1475–9 Jessup Avenue, Borough of Bronx, City and State of New York, to Pay the Surplus Income of Said Premises for the Six Months Period Ended July 31, 1940, to TITLE GUARANTEE AND TRUST COMPANY, etc., for Leave to Foreclose Its

Said Mortgage, All Pursuant to Section 1077-c of the Civil Practice Act.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.